UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-151-T-17AEP

JORGE FORNES

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against defendant Jorge Fornes, without prejudice. Leave of Court is granted and the Indictment is dismissed against defendant Jorge Fornes in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to defendant Jorge Fornes.

Dated: OCTOBER 13, 2017

ELIZABETH A. KOVACHEVICH
United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE